AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:05-CR-463-T-24TBM |
| JUSTIN RICHARDSON | USM Number: 61054-053 |
| _____/ | |
| | Dionja Dyer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One, Two and Three of the terms of supervision. See below.

_____ was found in violation of condition after denial of guilt. See below

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis in violation of Condition Seven | July 5, 2006 |
| Two | Failure to Report to a Community Corrections Center/Comprehensive Sanction Center in violation of Modification Order of March 13, 2006 | July 10, 2006 |
| Three | Committing the New Crimes of Possession of a Controlled Substance And Possession of Drug Paraphernalia | August 18, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated conditions and is discharged as to such violation(s) condition.


AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
      Sheet 1a

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: January 9th, 2007

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____January 9th, 2007_____

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation
   Sheet 2 - Imprisonment

DEFENDANT: JUSTIN RICHARDSON     Judgment - Page    2    of    2
CASE NUMBER: 8:05-CR-463-T-24TBM

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ***TEN (10) MONTHS WITH NO TERM OF SUPERVISED RELEASE TO FOLLOW.***

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

  **X**   The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

  \_\_\_ at _____ a.m.   p.m.   on _____.

  \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  \_\_\_ before 2 p.m. on _____.

  \_\_\_ as notified by the United States Marshal.

  \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL